IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| James Stephen Strickland, <br> *a.k.a. James S. Strickland,* <br><br>       Plaintiff, <br><br> vs. <br><br> Nurse; <br> Dr. Alewine, Head Doctor Broad River; <br> Dr. Babb, Lieber CI; <br> Padula, Lee Warden CI, <br><br>       Defendants. | ) C/A No.  4:11-2014-JFA-TER <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

   On January 20, 2012, the undersigned dismissed the plaintiff's complaint for lack of prosecution under Rule 41 of the Federal Rules of Civil Procedure. Plaintiff now returns to this court with a one-page, almost illegible motion to reconsider the order dismissing his case. The plaintiff offers no explanation for his failure to bring his case into proper form, and thus, this court sees no reason to depart from its earlier order of dismissal. Accordingly, plaintiff's motion (ECF No. 26) is denied.

   IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

February 27, 2012             Joseph F. Anderson, Jr.
Columbia, South Carolina         United States District Judge